## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Terry Flounory**
10641 Tara Village Way
Jonesboro, GA 30238

**xxx–xx–4901**

Case No.: **18–55404–pmb**
Chapter: **13**
Judge: **Paul Baisier**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

*Paul Baisier*

Paul Baisier
United States Bankruptcy Judge

Dated: August 2, 2018

Form 155

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 18-55404-pmb
Terry Flounory                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: amm                    Page 1 of 1                  Date Rcvd: Aug 02, 2018
                               Form ID: 155                 Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db             +Terry Flounory,    10641 Tara Village Way,    Jonesboro, GA 30238-7963
21442120       +Car Fast Financial,    3253 Dogwood Dr.,    Atlanta, GA 30354-1166
21442121       +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
21442127       +Mid America Bk/total C,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
21442128       +Navy Fcu,   Po Box 3700,    Merrifield, VA 22119-3700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21570408       +EDI: CINGMIDLAND.COM Aug 03 2018 00:53:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
21587638       +EDI: ATLASACQU.COM Aug 03 2018 00:53:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
21451659        EDI: WFFC.COM Aug 03 2018 00:53:00      Autovest, L.L.C.,    P O Box 2247,
                 Southfield, MI 48037-2247
21442122       +E-mail/Text: bankruptcy@credencerm.com Aug 02 2018 21:46:52      Credence Resource Mana,
                 17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
21442123       +EDI: CCS.COM Aug 03 2018 00:53:00      Credit Control Service,    Po Box 607,
                 Norwood, MA 02062-0607
21442124        EDI: GADEPTOFREV.COM Aug 03 2018 00:53:00      Georgia Department of Revenue,
                 1800 Century Blvd,    Suite 17200,   Atlanta, GA 30345
21442125        EDI: IRS.COM Aug 03 2018 00:53:00     IRS,    401 W Peachtree Street NW,    Atlanta, GA 30308
21596715        EDI: RESURGENT.COM Aug 03 2018 00:53:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 P O Box 10675,    Greenville, SC 29603-0675
21442126       +EDI: RESURGENT.COM Aug 03 2018 00:53:00      Lvnv Funding Llc,    Po Box 1269,
                 Greenville, SC 29602-1269
21597102       +EDI: NFCU.COM Aug 03 2018 00:54:00      NAVY FCU,   PO BOX 3000,    MERRIFIELD VA 22119-3000
21442129       +E-mail/Text: dmancini@pelicanaf.com Aug 02 2018 21:46:48      Pelican Auto Finance L,
                 9444 Farnham St Ste 200,    San Diego, CA 92123-1300
21442130       +E-mail/Text: bankruptcy@gopfs.com Aug 02 2018 21:46:53      Prestige Financial Svc,
                 1420 S. 500 W,   Salt Lake City, UT 84115-5149
21473608        EDI: AIS.COM Aug 03 2018 00:53:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248948,    Oklahoma City, OK 73124-8848
21448424       +E-mail/Text: usagan.bk@usdoj.gov Aug 02 2018 21:45:29      U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
21442131       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 02 2018 21:45:47
                 Westlake Financial Svc,    4751 Wilshire Bvld,   Los Angeles, CA 90010-3847
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
          Howard P. Slomka    on behalf of Debtor Terry  Flounory se@myatllaw.com,
           myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
           878@notify.bestcase.com
          Melissa J. Davey    mail@13trusteeatlanta.com,
           cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
                                                                                             TOTAL: 2
```